

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00355-CV

**WILLIAM M. WINDSOR,**

**Appellant**

 **v.**

**SAM ROUND,**

**Appellee**

### From the 378th District Court
### Ellis County, Texas
### Trial Court No. 88611

## O R D E R

Appellant's Motion Requesting Original Documents as Record, filed on June 18, 2015, is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed September 3, 2015

